AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RECEIVED
APR 19 2005

Teamsters Local 251 Unified Trust Fund et. al.

V.

Baccala Concrete Corporation, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

[illegible] 05 146ML

TO: (Name and address of Defendant)

A.J. Brosco, Esquire, R/A/S
Baccala Concrete Corporation, Inc.
312 South Main Street
Providence, RI 02903

OR

James Baccala, Pres.
Baccala Concrete
100 Armento Street
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth A. Wiens, Esquire
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/11/05

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 14, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas Noury, 41 N. Elmore Ave., P.O. Box 114026, North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): A.F.S. A.J. Brosco 321 So. Main St. Providence

JM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/05
Date

Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

2005 APR 25 A 11:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.