UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251
UNIFIED TRUST, et al

vs. C.A. No. 05-146ML

BACCALA CONCRETE CORPORATION

ORDER

On August 18, 2005 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 21 , 2005

Entered as an Order of this Court on September 21 , 2005

Barbara Barletta
Deputy Clerk