FILED

SEP 2 6 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 UNIFIED TRUST FUND and TEAMSTERS LOCAL 251 TRAINING FUND,
Plaintiffs,

v.

BACCALA CONCRETE CORPORATION, INC.
Defendant.

C.A. No. 05-146ML

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter.

Respectfully submitted,
On behalf of Plaintiff,
By its attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

Enter:
Mary M. Lisi
USDJ 9/27/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid, on this 16 day of September, 2005, to the following party of record:

James Baccala
Baccala Concrete Corporation, Inc.
100 Armento St.
Johnston, RI 02919

Kerrie L Kamisky